# ELECTRONIC RECORD

| | |
|---|---|
| COA # 05-12-01693-CR | OFFENSE: 31.03 |
| STYLE: Vinicio J. Garcia v. The State of Texas | COUNTY: Dallas |
| COA DISPOSITION: AFFIRM | TRIAL COURT: 282nd Judicial District Court |
| DATE: 3/13/2014    Publish: NO | TC CASE #: F11-57569-S |

# IN THE COURT OF CRIMINAL APPEALS

| | |
|---|---|
| STYLE: Vinicio J. Garcia v. The State of Texas | CCA #: 417-14 |
| PRO SE Petition | CCA Disposition: |
| FOR DISCRETIONARY REVIEW IN CCA IS: STRUCK | DATE: |
| DATE: 09/17/2014 | JUDGE: |
| JUDGE: Per Curiam | SIGNED: _____ PC: _____ |
| | PUBLISH: _____ DNP: _____ |

-----------------------------

_____ MOTION FOR

PRO SE PETITION

FOR DISCRETIONARY REVIEW

IS REFUSED

DATE November 26, 2014

_____
JUDGE

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD